The People of the State of Illinois ex rel. Robert Watters, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,621.

Mandamus to compel certification and appointment of certain persons pursuant to civil service regulations. Mandamus awarded. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Leesman & Roemer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

R. D. LeFebre, individually and as trustee, appellee, v. Frank Jedlicka et al., appellants. Gen. No. 30,643.

Bill to foreclose trust deed. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Payton J. Tuohy, for appellants; Charles P. R. Macaulay, of counsel. Otto F. Ring and Harry A. Kerins, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Wiley E. Hosier, appellant, v. John C. Bowers et al., appellees. Gen. No. 30,694.

Action for damages for breach of contract of agency. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Geo. R. Fitzmaurice, for appellant. Church, Haft & Robertson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.